IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
AUG 0 8 2008
CLERK
SUPREME COURT

RECEIVED
9-3-2008 cw
SEP 0 3 2008
SEP 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States of America ex rel.

__Lamar Blakemore__
(Full name and prison number)
(Include name under which convicted)

PETITIONER

vs.

__Cook County__
(Warden, Superintendent, or authorized
person having custody of petitioner)

RESPONDENT, and

(Fill in the following blank __only__ if judgment
attacked imposes a sentence to commence
in the future)

ATTORNEY GENERAL OF THE STATE OF

__Illinois__
(State where judgment entered)

CASE NO: __03CR25011__
(Supplied by Clerk of this Court)

08CV5013
JUDGE PALLMEYER
MAG. JUDGE DENLOW

Case Number of State Court Conviction:

__05-1355__

PETITION FOR WRIT OF HABEAS CORPUS - PERSON IN STATE CUSTODY

1. Name and location of court where conviction entered: __2600 S. California, Chicago, IL. 60608__

2. Date of judgment of conviction: __March 25, 2005__

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)
   __Possession of a stolen motor vehicle, 03CR25011__

4. Sentence(s) imposed: __17 years__

5. What was your plea? (Check one)   (A) Not guilty   (☒)
                                      (B) Guilty      ( )
                                      (C) Nolo contendere ( )

If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:

__N/A__

Revised: 7/20/05

**PART I – TRIAL AND DIRECT REVIEW**

1. Kind of trial: (Check one):    Jury (X)    Judge only ( )

2. Did you testify at trial?    YES ( )    NO (X)

3. Did you appeal from the conviction or the sentence imposed?  YES (X)   NO ( )

   (A) If you appealed, give the

   (1) Name of court: *A/Address First Judicial District*

   (2) Result: *Denied*

   (3) Date of ruling: *Denied on 3-25-05*

   (4) Issues raised: *1: The State failed to prove the Defendant guilty of the charge beyond all reasonable doubt #2) The findings is against the weight of the evidence.*

   (B) If you did not appeal, explain briefly why not:

   *Mr. Blakemore did appeal to the Appellate & Supreme Court.*

4. Did you appeal, or seek leave to appeal, to the highest state court?   YES (X)    NO ( )

   (A) If yes, give the

   (1) Result: *Denied*

   (2) Date of ruling: *2-06-08*

   (3) Issues raised: *This Court failed to apply the Montgomery standard when it rejected Blakemore argument that he was entitled to, to impeach the State's main witness with more than one of her qualifying convictions.*

   (B) If no, why not: _____

5. Did you petition the United States Supreme Court for a writ of *certiorari*?   Yes ( )   No (X)

   If yes, give (A) date of petition: *N/A*    (B) date *certiorari* was denied: *N/A*

**PART II – COLLATERAL PROCEEDINGS**

1.  With respect to this conviction or sentence, have you filed a post-conviction petition in state court?

    YES ( )   NO (X)

    With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

    A. Name of court: _N/A_

    B. Date of filing: _N/A_

    C. Issues raised: _N/A_

    D. Did you receive an evidentiary hearing on your petition?   YES ( )   NO (X)

    E. What was the court's ruling? _N-A_

    F. Date of court's ruling: _N-A_

    G. Did you appeal from the ruling on your petition?   YES ( )   NO (X)

    H. (a)   If yes, (1) what was the result? _N-A_

           (2) date of decision: _N-A_

      (b)   If no, explain briefly why not: _N-A_

    I. Did you appeal, or seek leave to appeal this decision to the highest state court?

    YES (X)   NO ( )

      (a)   If yes, (1) what was the result? _DENIED_

           (2) date of decision: _1-30-08_

      (b)   If no, explain briefly why not: _____

Revised: 7/20/05

2. With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus?   YES ( )   NO (X)

   A. If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

   1. Nature of proceeding       N/A
   2. Date petition filed        N/A
   3. Ruling on the petition     N/A
   4. Date of ruling             _____
   5. If you appealed, what was the ruling on appeal?   N/A
   6. Date of ruling on appeal   N/A
   7. If there was a further appeal, what was the ruling?   N/A
   8. Date of ruling on appeal   N/A

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court**?   YES ( )   NO (X)

   A. If yes, give name of court, case title and case number: N/A

   B. Did the court rule on your petition? If so, state

   (1) Ruling:   NO
   (2) Date:     N/A

4. With respect to this conviction or sentence, are there legal proceedings pending in any court, other than this petition?   YES ( )   NO (X)

   If yes, explain:   N/A

## PART III – PETITIONER'S CLAIMS

1. State <u>briefly</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the <u>facts</u> supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

**BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

(A) Ground one _____
Supporting facts (tell your story <u>briefly</u> without citing cases or law):

FOR IMPEACHING WITNESSES WITH THEIR PRIOR CONVICTIONS APPLIES IN THE SAME FASHION TO STATE'S WITNESSES, WHERE THERE IS NO ANALOGOUS PREJUDICE INTEREST TO BE BALANCED. #1) THAT DEFENDANT BE GIVEN THE WIDEST LATITUDE IN CROSS EXAMINATION. #2) THAT A COURT MAY NOT CURTAIL CROSS-EXAMINATION BASED ON ITS BELIEF THAT THE WITNESS HAS BEEN SUFFICIENTLY IMPEACHED.

(B) Ground two _____
Supporting facts:

WHEN FULL TRANSCRIPTS ARE REQUESTED BY THE JURY MAY A COURT MAY PROVIDE ONLY PARTIAL TRANSCRIPTS, WHERE THE TENDERED TRANSCRIPTS CONTAIN ONLY THE TESTIMONY OF THE STATE'S WITNESSES AND NONE OF THE DEFENSE WITNESSES. STATE'S WITNESS STATED THAT DEFENDANT TOLD HER THAT HE OWNED THE CAR, MS. BLACK ALSO STATED THAT DEFENDANT SHOWED HER THE VEHICLE'S TITLE, AND SAID HIS NAME WAS GARY, AND HAD KEYS TO VEHICLE.

## PART III – PETITIONER'S CLAIMS

1. State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

**BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

(A) Ground one _PART 1: TRIAL AND DIRECT REVIEW_
Supporting facts (tell your story briefly without citing cases or law):

_CONTINUATION SHEET: ISSUES RAISED #4) THE DEFENDANT WAS DENIED DUE PROCESS OF LAW. THE DEFENDANT WAS DENIED EQUAL PROTECTION OF THE LAW._

(B) Ground two _____
Supporting facts:

5

(C) Ground three _BLACK ADMITTED SHE HAD BEEN ARRESTED_
Supporting facts:
FOR PROSTITUTION. SHE ALSO CONFESSED THAT SHE HAD GIVEN POLICE FALSE NAMES AND INFORMATION ON PREVIOUS DATES. BLACK TESTIFIED THAT HER REAL NAME WAS TANYA TILDEN. SHE ALSO ADMITTED THAT SHE INFORMED POLICE SHE USED HEROIN THE DAY SHE RECEIVED THE CAR FROM DEFENDANT BUT DENIED SHE WAS HIGH WHEN SHE SPOKE WITH POLICE. SHE CONFESSED THAT

(D) Ground four _SHE HAD GIVEN POLICE AT LEAST 20_
Supporting facts:
DIFFERENT FALSE NAMES AND INFORMATION WHEN ARRESTED ON 79 OTHER OCCASIONS.

2. Have all grounds raised in this petition been presented to the highest court having jurisdiction?
YES (✓)   NO ( )

3. If you answered "NO" to question (2), state briefly what grounds were not so presented and why not:

**PART IV – REPRESENTATION**

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing  MR STACH, BELMONT & WESTERN

(B) At arraignment and plea  NOT GUILTY.

(C) At trial  MR. JOEL SIMBERG, MS. KELLY CHRISTL, 2600 CALFORNIA.

(D) At sentencing  MR. JOEL SIMBERG, MS. KELLY CHRISTL.

(E) On appeal  MS. SUSAN CARR, MS. KIRSTIEN BOWLING.

(F) In any post-conviction proceeding  N-A

(G) Other (state):  N-A

**PART V – FUTURE SENTENCE**

Do you have any future sentence to serve following the sentence imposed by this conviction?

YES ( )   NO (X)

Name and location of the court which imposed the sentence:  N-A

Date and length of sentence to be served in the future  N-A

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on:  7-23-08
(Date)

Lamar Blakemore
Signature of attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.

Lamar Blakemore
(Signature of petitioner)

N10758
(I.D. Number)

P.O. BOX-1900-CANTON, IL 61520
(Address)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PEOPLE OF THE STATE ILLINOIS PLAINTIFF )
)
VS )
)
) CASE NUMBER: 03CR25011
)
Lamar Blakemore DEFENDANT )
)
)

NOTICE OF FILING

To:

You are hereby notified that on AUG, 27, 2008, I have caused the attached documents to be sent to the above-named party(ies).

By: Lamar Blakemore

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached documents have been served on the above-named party(ies). The same being sent via the United States Mail, with proper postage having been paid at the Illinois River Correctional Center on AUG 27, 2008.

Lamar Blakemore

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 27th DAY OF August

OFFICIAL SEAL
DON A. BURKHART
Notary Public - State of Illinois
My Commission Expires Aug 22, 2012

Don A. Burkhart