**PRISONER CASE**

MHN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

| | |
|---|---|
| **Plaintiff(s):** United States of America ex. rel LAMAR BLAKEMORE | **Defendant(s):** COOK COUNTY, et al |
| **County of Residence:** FULTON | **County of Residence:** |
| **Plaintiff's Address:**<br>Lamar Blakemore<br>N-10738<br>Illinois River - IRCC<br>P.O. Box 1900<br>Canton, IL 61520 | **Defendant's Attorney:**<br>Chief of Criminal Appeals<br>Illinois Attorney General's Office<br>100 West Randolph, 12th Floor<br>Chicago, IL 60601 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

FILED
9-3-2008
SEP - 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas Corpus

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes [✓] No

08CV5013
JUDGE PALLMEYER
MAG. JUDGE DENLOW

**Signature:** *[signature]*   **Date:** 9/3/08