MHN

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
9-3-2008 LCW
SEP 03 2008
SEP 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

PEOPLE OF THE STATE OF ILLINOIS
Plaintiff

v.

LAMAR BLAKEMORE
Defendant(s)

08CV5013
JUDGE PALLMEYER
MAG. JUDGE DENLOW

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, LAMAR BLAKEMORE, declare that I am the ☐plaintiff ☒petitioner ☐movant (other N-A) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # N10738  Name of prison or jail: I
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: $28.80

2. Are you currently employed? ☒Yes ☐No
   Monthly salary or wages: $28.80
   Name and address of employer: I.R.C.C.

   a. If the answer is "No":
      Date of last employment: N-A
      Monthly salary or wages: N-A
      Name and address of last employer: N-A

   b. Are you married? ☒Yes ☐No
      Spouse's monthly salary or wages: N-A
      Name and address of employer: N-A

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                                      ☐Yes ☒No
      Amount_____ Received by_____

b. ☐ Business, ☐ profession or ☐ other self-employment   ☐Yes   ☒No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends   ☐Yes   ☒No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
   ☐Yes   ☒No
Amount_____ Received by_____

e. ☐ Gifts or ☐ inheritances   ☐Yes   ☒No
Amount_____ Received by_____

f. ☐ Any other sources (state source:_____)   ☐Yes   ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☐Yes   ☒No   Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?   ☐Yes   ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐Yes   ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
   ☐Yes   ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
_____
_____

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 7-24-08

*Lamar Blakemore*
Signature of Applicant

LAMAR BLAKEMORE
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein LAMAR BLAKEMORE, I.D.# N10738, has the sum of $ .85 on account to his/her credit at (name of institution) ILLINOIS RIVER CORRECTIONAL CENTER I further certify that the applicant has the following securities to his/her credit: NONE. I further certify that during the past six months the applicant's average monthly deposit was $ SEE ATTACHED STATEMENT (Add all deposits from all sources and then divide by number of months).

AUGUST 4, 2008
DATE

*Mark A. Pirtle*
SIGNATURE OF AUTHORIZED OFFICER

MARK A. PIRTLE/ BUSINESS ADMINISTRATOR
(Print name)

rev. 7/18/02

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount. _N-A_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value. _N-A_

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _N-A_

I declare under penalty of perjury that the above information is true and correct.

_7-23-08_  _Lamar Blakemore, N10738_
DATE        SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _.85_ on account to his/her credit at (name of institution) _ILLINOIS RIVER CORRECTIONAL CENTER_. I further certify that the applicant has the following securities to his/her credit: _NONE_ _____. I further certify that during the past six months the applicant's average balance was $ _SEE ATTACHED STATEMENT_.

_AUGUST 4, 2008_    _[signature]_                              MARK A. PIRTLE
DATE                SIGNATURE OF AUTHORIZED OFFICER           BUSINESS ADMINISTRATOR

# United States District Court

DISTRICT OF _____

PEOPLE OF THE STATE OF ILLINOIS

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 03CR25011

I, LAMAR BLAKEMORE, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?: ☒ Yes ☐ No  (If "No" go to Part 2)

   If "Yes" state the place of your incarceration ILLINOIS RIVER CORRECTIONAL CENTER

   Are you employed at the institution? YES   Do you receive any payment from the institution? YES

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☒ Yes ☐ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. $28.80 I.R.C.C

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. N-A

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes  ☒ No
   b. Rent payments, interest or dividends            ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes  ☒ No
   d. Disability or workers compensation payments     ☐ Yes  ☒ No
   e. Gifts or inheritances                           ☐ Yes  ☒ No
   f. Any other sources                               ☐ Yes  ☒ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive. N-A

Date: 8/4/2008
Time: 10:16am
d_list_inmate_trans_statement_composite

Case 1:08-cv-05013   Document 3   Filed 09/03/2008   Page 6 of 6   Page 1

Illinois River Correctional Center
Trust Fund
Inmate Transaction Statement

REPORT CRITERIA - Date: 01/01/2008 thru End;   Inmate: N10738;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N10738 Blakemore, Lamar**   **Housing Unit: IRI-R4-D -21**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.54 |
| 01/14/08 | Payroll | 20 Payroll Adjustment | 014112 | | P/R month of 12/2007 | 28.80 | 29.34 |
| 01/25/08 | Point of Sale | 60 Commissary | 025702 | 438251 | Commissary | -25.21 | 4.13 |
| 02/14/08 | Payroll | 20 Payroll Adjustment | 045112 | | P/R month of 01/2008 | 28.80 | 32.93 |
| 02/26/08 | Point of Sale | 60 Commissary | 057723 | 441190 | Commissary | -31.57 | 1.36 |
| 03/14/08 | Payroll | 20 Payroll Adjustment | 074112 | | P/R month of 02/2008 | 28.80 | 30.16 |
| 03/20/08 | Point of Sale | 60 Commissary | 080723 | 444048 | Commissary | -28.11 | 2.05 |
| 03/25/08 | Disbursements | 90 Medical Co-Pay | 085312 | Chk #115051 | 14025, DOC: 523 Fund Inmate Re, Inv. Date: 03/17/2008 | -2.00 | .05 |
| 03/28/08 | Mail Room | 01 MO/Checks (Not Held) | 088232 | 087396 | Blakemore, Phyllis | 25.00 | 25.05 |
| 04/03/08 | Point of Sale | 60 Commissary | 094751 | 445475 | Commissary | -24.60 | .45 |
| 04/14/08 | Payroll | 20 Payroll Adjustment | 105112 | | P/R month of 03/2008 | 28.80 | 29.25 |
| 04/17/08 | Point of Sale | 60 Commissary | 108720 | 446780 | Commissary | -29.25 | .00 |
| 05/15/08 | Payroll | 20 Payroll Adjustment | 136112 | | P/R month of 04/2008 | 28.80 | 28.80 |
| 05/28/08 | Point of Sale | 60 Commissary | 149751 | 451179 | Commissary | -28.02 | .78 |
| 06/11/08 | Payroll | 20 Payroll Adjustment | 163112 | | P/R month of 05/2008 | 28.80 | 29.58 |
| 06/24/08 | Point of Sale | 60 Commissary | 176723 | 454262 | Commissary | -29.45 | .13 |
| 07/15/08 | Payroll | 20 Payroll Adjustment | 197112 | | P/R month of 06/2008 | 28.80 | 28.93 |
| 07/25/08 | Disbursements | 84 Library | 207312 | Chk #117286 | 800, DOC: 523 Fund Library, Inv. Date: 07/24/2008 | -4.80 | 24.13 |
| 07/25/08 | Point of Sale | 60 Commissary | 207751 | 457418 | Commissary | -23.28 | .85 |

|  |  |
|---|---|
| Total Inmate Funds: | .85 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .85 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTITUTIONS**

| Rest. # | Vendor | | Transaction | Tran. Date | Amount | Balance |
|---|---|---|---|---|---|---|
| 2737 | 99999 | DOC: 523 Fund Inmate R | Beginning Balance | 07/13/2007 | 17.00 | .00 |
| | | | | Total: | | .00 |